UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil Action No. 5:17-CV-00028-RJC-DSC

| | |
|---|---|
| Tom Lamb, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>Lowe's Companies, Inc., a/k/a )<br>Lowe's Home Improvement, LLC, )<br>)<br>      Defendant. )<br>) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 14) filed by A. Todd Brown, Sr., concerning Holly H. Williamson on March 30, 2018. Ms. Holly H. Williamson seeks to appear as counsel *pro hac vice* for Defendant Lowe's Companies, Inc. Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court will grant the Motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application for Admission to Practice *Pro Hac Vice*" (Document No. 14) is **GRANTED**. Ms. Holly H. Williamson is hereby admitted *pro hac vice* to represent Defendant Lowe's Companies, Inc., a/k/a Lowe's Home Improvement, LLC.

      **SO ORDERED.**

Signed: April 2, 2018

David S. Cayer
United States Magistrate Judge